UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RICHARD FITTEN, | ) |
| Petitioner, | ) |
| v. | ) No.: 1:16-CV-62-HSM-SKL |
| MIKE PARRIS, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

The Court is in receipt of a pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 1] and a supplement thereto [Doc. 5]. This case was transferred to this district from the United States District Court for the Western District of Tennessee, which granted Petitioner leave to proceed *in forma pauperis* and granted Petitioner's motion to supplement his petition [Doc. 6]. Since it does not plainly appear from the face of the petition and supplement that this action should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition and supplement within thirty (30) days from the date of this Order.[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent should specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

---

[1] Although this action was filed in the Chattanooga Division, any state court records should be sent directly to the Knoxville Division at 800 Market Street, Suite 130, Knoxville, Tennessee 37902.

**IT IS SO ORDERED**.

**ENTER:**

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE